UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINALD H. GREEN  (#34521)

VERSUS                                                                              CIVIL ACTION

SGT. LUTHER MONTANDON, ET AL                               NUMBER 07-591-JVP-DLD

RULING ON MOTION FOR DEFAULT JUDGMENT

This matter is before the court on the plaintiff's Motion for Default Judgment. Record document number 20.

On February 27, 2008, the clerk's entry of default was set aside.[1]

Accordingly, plaintiff's Motion for Default Judgment is denied.

Signed in Baton Rouge, Louisiana, on May 13, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**

---

[1] Record document number 26.