UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINALD H. GREEN (#34521)

VERSUS            CIVIL ACTION NO.: 07-591-JVP-DLD

SGT. LUTHER MONTANDON,
ET AL

## RULING ON MOTION FOR SUMMARY JUDGMENT

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 28, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, defendants' Motion for Summary Judgment (doc. 29) is hereby **GRANTED** and this action shall be **DISMISSED**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 15, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA